IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| NAZAR ABDULMAJEED ALI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 5:20-CV-638-D |
| | ) | |
| WORLDWIDE LANGUAGE | ) | |
| RESOURCES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| ABDULAMEER KAREEM WALY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 5:20-CV-644-D |
| | ) | |
| WORLDWIDE LANGUAGE | ) | |
| RESOURCES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This court has reviewed each complaint in light of the governing standard. See Fed. R. Civ. P. 12(b)(6). Defendant's motion to dismiss each complaint is DENIED. Whether any claims will survive a motion for summary judgment is an issue for another day.

SO ORDERED. This 25 day of May 2021.

JAMES C. DEVER III
United States District Judge