UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:20-cv-00638-D

| | |
|---|---|
| NAZAR ABDULMAJEED ALI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| WORLDWIDE LANGUAGE ) | |
| RESOURCES, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On February 19, 2021, Defendant WorldWide Language Resources, LLC ("WorldWide") moved to consolidate this case with *Waly v. WorldWide Lang. Res., LLC*, No. 5:20-cv-00644-D ("the *Waly* action") under Rule 42 of the Federal Rules of Civil Procedure [D.E. 15] and filed a memorandum of law in support [D.E. 16]. The *Waly* action is also pending before this court. On March 8, 2021, Plaintiff Nazar Abdulmajeed Ali ("Plaintiff") responded in opposition [D.E. 19]. On March 22, 2021, WorldWide replied [D.E. 21].

The court has considered the Motion under the governing standard and in light of the entire record. Campbell Boston Sci. Corp., 882 F.3d 70, 74 (4th Cir. 2018); A/S J. Ludwig Mowinckles Rederi v. Tidewater Constr. Corp., 559 F.2d 928, 933 (4th Cir. 1977). The court finds that this case and the *Waly* action involve the same defendant, the same operative facts, and present multiple common questions of law and fact. The court also finds that consolidation will serve the interests of justice and efficiency, minimize the possibility of inconsistent adjudications of common issues, and further judicial efficiency. The court finds there is no risk of prejudice from consolidation and rejects Plaintiff's arguments of possible prejudice [D.E. 19] as speculative at this time.

Accordingly, the court GRANTS WorldWide's Motion [D.E. 15] and ORDERS that this case be consolidated for all purposes under Rule 42(a)(2) with the *Waly* action. The court further finds that good cause exists to designate this case as the lead case, and so DESIGNATES this case as the lead case. All future filings shall be filed in this case and shall include the captions for both actions. Until further order of the court, documents filed in the lead case shall be deemed to have also been filed in the *Waly* action.

SO ORDERED, this the 24 day of May, 2021.

JAMES C. DEVER III
United States District Judge