UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MR. NAZAR ABDULMAJEED ALI,           )<br>                                                                )<br>                    Plaintiff,           )<br>                                                                )<br>v.                                                            )<br>                                                                )<br>                                                                )<br>                                                                )<br>WORLDWIDE LANGUAGE                   )<br>RESOURCES, LLC,                              )<br>                                                                )<br>                    Defendant.         ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:20-CV-638-D** |
| ABDULAMEER KAREEM WALY,         )<br>                                                                )<br>                    Plaintiff,           )<br>                                                                )<br>v.                                                            )<br>                                                                )<br>                                                                )<br>                                                                )<br>WORLDWIDE LANGUAGE                   )<br>RESOURCES, LLC,                              )<br>                                                                )<br>                    Defendant.         ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:20-CV-644-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DENIES plaintiffs' motion to strike confidential designations [D.E. 82], GRANTS defendant's motion to strike the declaration of Rusty Qadar [D.E. 98]**,** and GRANTS defendant's motions for summary judgment [D.E. 76, 78].

**This Judgment Filed and Entered on August 9, 2023, and Copies To:**

Bruce A. Coane                              (via CM/ECF electronic notification)

Dana A. LeJune                            (via CM/ECF electronic notification)

David Ransom Ortiz         (via CM/ECF electronic notification)

Isaac Augustin Linnartz    (via CM/ECF electronic notification)

DATE: August 9, 2023                    PETER A. MOORE, JR., CLERK

                                                (By)  /s/ Stephanie Mann

                                                Deputy Clerk